IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY DOBSON** and **JESSICA DOBSON**,                Plaintiffs <br><br> v. <br><br> **COMMONWEALTH FUNDING GROUP, INC., MATT GISSLER**, and **EQUIFIRST, CORPORATION**                Defendants | : CIVIL ACTION NO. 1:07-CV-1743 <br> : <br> : (Judge Conner) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 10th day of December, 2008, upon consideration of plaintiffs' letter (Doc. 66) requesting an order of referral for a settlement conference, as well as defendant Equifirst Corporation's opposition (Doc. 67) to plaintiffs' request,[1] and it appearing that defendants have filed multiple motions for summary judgment, (see Docs. 41, 45), which are ripe for disposition, and that defendant Equifirst objects to mediation at this stage of litigation, (see Doc. 67), it is hereby ORDERED that plaintiffs' letter (Doc. 66) requesting an order of referral is CONSTRUED as a motion for referral to settlement and is DENIED as so construed.

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge

---

[1] Plaintiff is advised that future filings should comply with Local Rule 7.1, which requires a movant to seek concurrence in the motion from each party.